## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE

CINDY HARRINGTON,

    Plaintiff,

v.                                                 Case No. 14-02276-SHL-tmp

UHS OF LAKESIDE, LLC d/b/a
Lakeside Behavioral Health System,
a Delaware Limited Liability Co.,
JOY GOLDEN, an Individual, and
LISA WEAVER, an Individual,

    Defendants.

## STIPULATION OF DISMISSAL WITH PREJUDICE

    Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Parties, through their respective counsel, stipulate to the dismissal of this action with prejudice.

Respectfully submitted:

| | |
|---|---|
| /s/ Gordon E. Jackson | /s/ Lisa A. Lichterman |
| Gordon E. Jackson (#008323) | Lisa A. Lichterman (#014486) |
| James L. Holt, Jr. (#012123) | R. Alex Boals (#022682) |
| JACKSON, SHIELDS, YEISER & HOLT | LITTLER MENDELSON, P.C. |
| 262 German Oak Drive | 3725 Champion Hills Drive, Suite 3000 |
| Memphis, TN 38018 | Memphis, TN 38125 |
| Telephone: (901) 754-8001 | Telephone: (901) 795-6695 |
| gjackson@jsyc.com | llichterman@littler.com |
| jholt@jsyc.com | aboals@littler.com |
| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANTS |