```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE WESTERN DISTRICT OF TENNESSEE
                        WESTERN DIVISION
```

| | |
|---|---|
| CINDY HARRINGTON,<br><br>      Plaintiff,<br><br>v.<br><br>UHS OF LAKESIDE, LLC d/b/a<br>Lakeside Behavioral Health<br>Systems, a Delaware Limited<br>Liability Co., JOY GOLDEN, and<br>Individual, and LISA WEAVER,<br>an Individual,<br><br>      Defendants. | No. 2:14-cv-2276-SHL-tmp |

**JUDGMENT**

**JUDGMENT BY COURT.** This action having come before the Court on Plaintiff's Complaint (ECF No. 1), filed April 17, 2014,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Stipulation of Dismissal (ECF No. 26) filed January 8, 2016, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims by Plaintiff against Defendants are hereby DISMISSED WITH PREJUDICE.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
UNITED STATES DISTRICT JUDGE

January 8, 2016
Date